In the Matter of CARMELA OCCHUIZZO, Respondent, v. SALAMANCA HOSPITAL DISTRICT AUTHORITY, Appellant.— Order unanimously reversed on the law and facts, without costs, and motion denied. Memorandum: In our view the application to serve a notice of claim was not made within a reasonable time after plaintiff's recovery from the disability relied on as her excuse for failure to serve the notice within the time prescribed by section 50-e of the General Municipal Law. (See *Russell* v. *Board of Educ. of Union Free School, Dist.*

*No. 2, Town of Geddes*, 274 App. Div. 841; *Matter of Ruskin* v. *City of New York*, 271 App. Div. 934; *Matter of Fabiani* v. *Town of North Hempstead*, 272 App. Div. 1016). (Appeal from order of Cattaraugus Trial Term granting motion to file notice of claim.) Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Bastow, JJ.